# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SAMAIYAH HENDERSON, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00346 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| EMILY REICHERT, *et al.*, § | |
| § | |
| *Defendants.* § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 6, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #35) that Defendants Sarah Cary and Emily Reichert's Motion to Dismiss (Dkt. #23) be granted. On June 20, 2025, Plaintiff filed Objections (Dkt. #36) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #36) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Sarah Cary and Emily Reichert's Motion to Dismiss (Dkt. #23) is hereby **GRANTED.** The Clerk is directed to terminate Emily Reichert and Sarah Cary as parties to this case.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE