# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SAMAIYAH HENDERSON, § | |
| § | |
| *Plaintiff,* § | Civil Action No. 4:23-cv-00346 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| EMILY REICHERT, *et al.,* § | |
| § | |
| *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #40) that Plaintiff Samiyah Henderson's Motion for Summary Judgment (Dkt. #13) be denied and the claims against Defendant Pamela Isaacson be dismissed.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Henderson's Motion for Summary Judgment (Dkt. #13) is hereby **DENIED.**

It is **FURTHER ORDERED** that Plaintiff Henderson's claims against Defendant Isaacson are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 13th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE