# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SAMAIYAH HENDERSON, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00346 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| NIKI MORRIS, | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 20, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #46) that Defendant Niki Morris's Motion to Dismiss (Dkt. #26) be granted and Plaintiff Samaiyah Henderson's Motion for Leave to File an Amended Complaint (Dkt. # 43) be denied.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Morris's Motion to Dismiss (Dkt. #26) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff Henderson's claims against Defendant Morris are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff Henderson's Motion for Leave to File an Amended Complaint (Dkt. # 43) is hereby **DENIED.**

**IT IS SO ORDERED**.

**SIGNED this 25th day of February, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE