# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SAMAIYAH HENDERSON, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00346 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| NIKI MORRIS, | § | |
| | § | |
| *Defendant.* | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 2, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #67) that Plaintiff Samaiyah Henderson's Motion to Alter or Amend the Judgment (Dkt. #63) be denied. Plaintiff filed Objections (Dkts. #68, #69) to the Report.[1]

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkts. #68, #69) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Henderson's Motion to Alter or Amend the Judgment (Dkt. #63) is hereby **DENIED.**

---

[1] Even if the Court considered the late-filed objections, the Court finds that the objections have no merit and the Magistrate Judge's original Report and Recommendation was correctly adopted.

**IT IS SO ORDERED**.

 **SIGNED** this 1st day of May, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2